United States Bankruptcy Court
Eastern District of New York

In re:  
Stephen M Hauff  
    Debtor

Case No. 19-77830-ast  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0207-8     User: lglaser     Page 1 of 2     Date Rcvd: Nov 18, 2019  
Form ID: 309A     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2019.

| | | |
|---|---|---|
| db | +Stephen M Hauff, | 1208 Nicole Ct, Bethpage, NY 11714-7010 |
| smg | +NYC Department of Finance, | 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3739 |
| smg | +NYS Unemployment Insurance, | Attn: Isolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| 9737378 | +Bank of New York Mellon / Mr. Cooper, | c/o Gross Polowy & Orlans, 1775 Wehrle Dr, Suite 100, Buffalo, NY 14221-7093 |
| 9737380 | +Cavalry Portfolio Services Headquarters, | as assignee for HSBC Bank Nevada, NA, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 9737379 | +Cavalry Portfolio Services Headquarters, | as assignee for GE Capital Retail Bank, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 9737383 | +Mr. Cooper fka Nationstar, | Attn: Bankruptcy Dept, Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067-4180 |
| 9737382 | +Mr. Cooper fka Nationstar, | Attn: Bankruptcy Dept, PO Box 619096, Dallas, TX 75261-9096 |
| 9737376 | +State of New York, | Office of the Attorney General, 120 Broadway, New York, NY 10271-0002 |
| 9737375 | +US Department of Justice Tax Division, | Box 55, Ben Franklin Station, Washington, DC 20044-0055 |
| 9737374 | +United States Attorney, | Attn: Chief of Bankruptcy Litigation, 271-C Cadman Plaza East, Brooklyn, NY 11201-1820 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| aty | E-mail/Text: weiss@ny-bankruptcy.com Nov 18 2019 18:41:44 | Ronald D Weiss, 734 Walt Whitman Road, Suite 203, Melville, NY 11747 |
| tr | +E-mail/Text: mpergament@wgplaw.com Nov 18 2019 18:42:13 | Marc A Pergament, Weinberg Gross & Pergament, 400 Garden City Plaza, Suite 403, Garden City, NY 11530-3336 |
| smg | +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Nov 18 2019 18:42:23 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Nov 18 2019 18:42:01 | United States Trustee, Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza, Central Islip, NY 11722-4456 |
| 9737377 | +EDI: PHINAMERI.COM Nov 18 2019 23:33:00 | AmeriCredit dba GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 9737381 | EDI: PHINAMERI.COM Nov 18 2019 23:33:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 9737372 | EDI: IRS.COM Nov 18 2019 23:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 9737373 | +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Nov 18 2019 18:42:23 | NYS Dept of Taxation & Finance, Civil Enforcement, W. A Harriman State Campus, Albany, NY 12227-0001 |
| 9737384 | EDI: PRA.COM Nov 18 2019 23:33:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |

                                                                                                TOTAL: 9

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                                                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0207-8           User: lglaser             Page 2 of 2              Date Rcvd: Nov 18, 2019
                               Form ID: 309A            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2019 at the address(es) listed below:

```
              Marc A Pergament     mpergament@wgplaw.com,  n167@ecfcbis.com
              Ronald D Weiss    on behalf of Debtor Stephen M Hauff weiss@ny-bankruptcy.com,
               bankruptcyecf@ny-bankruptcy.com;R54991@notify.bestcase.com;michaelf@ny-bankruptcy.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Stephen M Hauff** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–7309** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of New York** <br> Case number:   **8–19–77830–ast** | | Date case filed for chapter  **7**   **11/15/19** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case

Revised: 12/17

**For the debtor(s) listed above, a case has been filed under Chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.  Read both pages carefully.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.  Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|
| **1. Debtor's Full Name** | Stephen M Hauff | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1208 Nicole Ct <br> Bethpage, NY 11714 | |
| **4. Debtor's Attorney** <br> Name and address | Ronald D Weiss <br> 734 Walt Whitman Road <br> Suite 203 <br> Melville, NY 11747 | Contact Phone (631) 271–3737 <br> Email:  weiss@ny–bankruptcy.com |
| **5. Bankruptcy Trustee** <br> Name and address | Marc A Pergament <br> Weinberg Gross & Pergament <br> 400 Garden City Plaza <br> Suite 403 <br> Garden City, NY 11530 | Contact Phone (516) 877–2424 <br> Email:  mpergament@wgplaw.com |
| **6. Meeting of Creditors** | **December 19, 2019 at 10:00 AM** | Location: <br> **Office of the United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza – Room 563, Central Islip, NY 11722–4437** |
| **7. Deadlines** <br> The Bankruptcy Clerk's Office must receive these documents and any required filing fee by the following deadlines. | **Deadline to Object to Discharge or to Challenge Whether Certain Debts are Dischargeable:** <br> **You must file a Complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing Deadline: 2/18/20** <br><br> **You must file a Motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | **Deadline to Object to Exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8. Presumption of Abuse** | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. <br> The presumption of abuse does not arise. | |
| **9. Bankruptcy Clerk's Office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Address of the Bankruptcy Clerk's Office: <br> 290 Federal Plaza <br> Central Islip, NY 11722 <br><br> Clerk of the Bankruptcy Court: <br> Robert A. Gavin, Jr. | Hours Open: <br> Monday – Friday 9:00 AM – 4:30 PM <br><br> Contact Phone (631) 712–6200 <br> Date: 11/18/19 |

**For more information, see page 2 >**

Debtor **Stephen M Hauff**                      Case number **8–19–77830–ast**

| | | |
|---|---|---|
| **10.** | **Legal Advice** | The staff of the Bankruptcy Clerk's Office cannot give legal advice. To protect your rights, consult an attorney. |
| **11.** | **Creditors May Not Take Certain Actions** | The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay. |
| **12.** | **Meeting of Creditors** | A meeting of creditors is scheduled for the date, time and location listed on the front side. Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| **13.** | **Proof of Claim** | Deadline for holder(s) of a claim secured by a security interest in the debtor(s)' principal residence (Rule 3002(c)(7)(A)):  **Filing Deadline: 01/24/2020**<br><br>No property appears to be available to pay creditors. Therefore, other than claims secured by a security interest in the debtor(s)' principal residence, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>***Do not include this notice with any filing you make with the court.*** |
| **14.** | **Discharge of Debts** | The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the Bankruptcy Clerk's Office within the deadlines specified in this notice. (See line 7 for more information.) |
| **15.** | **Exempt Property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the Bankruptcy Clerk's Office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The Bankruptcy Clerk's Office must receive the objection by the deadline to object to exemptions in line 7. |
| **16.** | **Creditors with a Foreign Address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **17.** | **Option to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | 1) The Electronic Bankruptcy Noticing (EBN) Program is open to all parties. You can register for EBN at the BNC website https://bankruptcynotices.uscourts.gov/, or<br>2) Debtors can register for DeBN by filing local form "Debtor's Electronic Bankruptcy Notice Request" with the Clerk of Court. **Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email**. |
| **18.** | **Undeliverable Notices** | Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the parties correct address, resend the returned notice, and notify this office of the parties change of address. Failure to provide all parties with a copy of the notice may adversely affect the debtor as provided by the Bankruptcy Court. |
| **19.** | **Form 121 Statement of Social Security #** | The debtor or debtor's attorney is required to bring a paper copy of the petition with full social security number displayed to the first meeting of creditors. |
| **20.** | **Personal Financial Management Course** | In order to receive a discharge, the debtor must complete a Personal Financial Management Course and must file a Certification About a Financial Management Course (Official Form 423) within 60 days after the first date set for the section 341 meeting. If the Certification About a Financial Management Course is not filed within the allotted time, **a discharge will not be issued and the case will be closed.** |